IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC. d/b/a TJ MAXX<br><br>Defendant. | Case No. 2:20-cv-76 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MINH N. VU

Minh N. Vu hereby moves that she be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant THE TJX COMPANIES, INC. d/b/a TJ MAXX, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and the Practices and Procedures of the Honorable David S. Cercone.

In support of this motion, the undersigned counsel attaches the Affidavit of Minh N. Vu in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Practices and Procedures.

Dated: February 5, 2020                                    Respectfully submitted,

*/s/ Minh N. Vu*
Minh N. Vu
mvu@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC  20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

61475201v.1

**CERTIFICATE OF SERVICE**

      I, Minh N. Vu, an attorney, do hereby certify that on February 5, 2020, I electronically submitted the foregoing document to the Clerk of the Court for the United States District Court for the Western District of Pennsylvania, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record, who, by rule, have consented to accept the Notice as service of this document by electronic means.

                                                          */s/ Minh N. Vu*
                                                          Minh N. Vu