IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., d/b/a TJ MAXX,<br><br>Defendant. | Case No. 2:20-cv-00076-PLD |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Bartley M. Mullen, Jr., by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, The TJX Companies, Inc. d/b/a TJ Maxx. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on June 11, 2020, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

    Respectfully Submitted,

By: */s/ R. Bruce Carlson*
      R. Bruce Carlson