# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., d/b/a TJ MAXX,<br><br>    Defendant. | Case No. 2:20-cv-00076-PLD |

## STIPULATION OF DISMISSAL

Plaintiff Bartley M. Mullen, Jr. ("Plaintiff") and Defendant The TJX Companies, Inc. d/b/a TJ Maxx ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

1

64811393v.1

2

| Dated: July 22, 2020 | Respectfully Submitted, |
|---|---|
| */s/ R. Bruce Carlson* | */s/ Minh N. Vu* |
| R. Bruce Carlson | Minh N. Vu |
| Kelly K. Iverson | SEYFARTH SHAW LLP |
| CARLSON LYNCH, LLP | 975 F Street, NW |
| 1133 Penn Avenue, 5th Floor | Washington, D.C. 20004 |
| Pittsburgh, PA 15222 | 202-463-2400 |
| 412-322-9243 | mvu@seyfarth.com |
| bcarlson@carlsonlynch.com | |
| kiverson@carlsonlynch.com | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on July 22, 2020.

/s/ R. Bruce Carlson