IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )  Civ. A. No. 2:20-76 |
| v. | )<br>)<br>) |
| THE TJX COMPANIES, INC., d/b/a TJ MAXX, | |
| Defendant. | |

**ORDER**

Having been advised that the Plaintiff Mullen and Defendant have reached a settlement and have stipulated to a dismissal with prejudice as between Plaintiff and Defendant, it is hereby ORDERED that this action is hereby dismissed with prejudice as between Plaintiff Mullen and Defendant.

**SO ORDERED** this 23rd day of July, 2020.

PATRICIA L. DODGE
United States Magistrate Judge